**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 12-cv-02187-RBJ

John Lockett, individually and on behalf
of all other similarly situated individuals,

    Plaintiff,

v.

Ricoh Americas Corporation,

    Defendant.

---

**ORDER GRANTING STIPULATION FOR CONDITIONAL CLASS CERTIFICATION
AND COURT-AUTHORIZED NOTICE**

---

This cause came before the Court on the parties' Stipulation for Conditional Class Certification and Court-Authorized Notice (Dkt. 30). Having reviewed the parties' submissions and supporting documents, **IT IS HEREBY ORDERED** that the parties' Stipulation for Conditional Class Certification and Court-Authorized Notice is **GRANTED.**

DATED this 13th day of August, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge