**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

John Lockett, individually and on behalf
of all other similarly situated individuals,

    Plaintiff,                                          Civil Action No.: 12-cv-02187-RBJ

v.

Ricoh Americas Corporation,

    Defendant.

_____

## ORDER
_____

The Court, having reviewed the Joint Notice of Settlement and Stipulation to Stay Deadlines Pending Settlement Approval filed jointly by counsel for Plaintiffs and Defendant, and having otherwise reviewed the file in this matter, grants the Parties' request to stay all pre-trial and trial deadlines in this matter pending ruling on the Joint Motion for Settlement Approval.

IT IS SO ORDERED.

Date: February 10, 2014                              _____
                                                                       R. Brooke Jackson
                                                                          U.S. District Court Judge