IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Civil Action:       12-cv-02187-RBJ        Date: June 19, 2014
Courtroom Deputy:   Julie Dynes            Court Reporter:  Kara Spitler

| *Parties* | *Counsel* |
|---|---|
| JOHN LOCKETT | *Rachhana T. Srey* |
| **Plaintiff(s)** | |
| v. | |
| RICOH AMERICAS CORPORATION | *Andrew W. Bagley* |
| | *Michael S. Beaver* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  8:00 a.m.

Appearance of counsel.  Client representative for the defendant, Laura Scales, present via telephone.

Argument given on [67] Motion for Approval of FLSA Settlement and Dismissal of Claims.

**ORDERED:** **[67] Motion for Approval of FLSA Settlement and Dismissal of Claims is DENIED.**

**Parties have one week to submit a new settlement and supplemental briefing on the bona fide dispute issue.**

Court in Recess:  8:59 a.m.          Hearing concluded.          Total time in Court:    00:59

Clerk's note:  Pursuant to chambers, trial is VACATED.