IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 12-cv-02187-RBJ

JOHN LOCKETT, individually and on behalf
of all other similarly situated individuals,

    Plaintiff,

v.

RICOH AMERICAS CORPORATION,

    Defendant.

---

ORDER FOR RENEWED MOTION FOR APPROVAL OF FLSA SETTLEMENT;
APPROVAL OF PLAINTIFFS' COUNSEL'S ATTORNEYS' FEES AND COSTS AND
SERVICE AWARDS; AND DISMISSAL OF CLAIMS

---

This matter came before this Court on Plaintiff John Lockett, individually and on behalf of all other similarly situated employees, and Defendant Ricoh Americas Corporation ("the Parties") Joint Motion for Approval of FLSA Settlement and Dismissal of Claims (ECF No. 67), Joint Motion for Approval of Revised Settlement Agreement (ECF No. 73), and Renewed Joint Motion for Approval of Revised Settlement Agreement (ECF No. 74.) Based on all of the files, records, and proceedings herein, including the Parties' arguments the settlement approval hearing held on June 19, 2014, the Parties' settlement is approved and the motion is, in all respects, **GRANTED**.

    **IT IS HEREBY ORDERED THAT:**

    1. The Parties' revised Settlement Agreement and Release of Claims ("Settlement") and all associated Plaintiff releases, are approved as fair and reasonable;

2

2. Plaintiffs' Counsel's request for attorneys' fees in the amount of one-third of the total settlement amount and reimbursement for out-of-pocket costs and expenses is fair and reasonable and in all respects approved;

3. Plaintiffs' request for a service award in the amount of $5,000 for Named Plaintiff John Lockett and $500.00 for Opt-in Plaintiff Charles Langlois is approved; and

4. Under the terms of the Agreement, all claims asserted by Plaintiffs are dismissed with prejudice.

DATED this 14th day of July, 2014.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge